# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MOHAMED DJABI, on behalf of himself all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZARA USA, INC., and Does 1 through 100, Inclusive<br><br>Defendants. | Case No. CV 21-8577-DMG (JPRx)<br><br>**ORDER APPROVING STIPULATION TO DISMISS PLAINTIFF'S CLASS CLAIMS AGAINST DEFENDANT [20]** |

The Court, having considered the Parties' Joint Stipulation to Dismiss Plaintiff's Class Action Claims Against Defendant, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's class action claims are hereby dismissed against Defendant without prejudice; and

2. No notice of dismissal to the proposed putative class members is required.

DATED: December 13, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE