**JS-6 / REMAND**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOHAMED DJABI, on behalf of himself all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ZARA USA, INC., and Does 1 through 100, Inclusive<br><br>    Defendants. | Case No. CV 21-8577-DMG (JPRx)<br><br>**ORDER APPROVING REMAND OF ACTION TO LOS ANGELES SUPERIOR COURT [21]** |

Pursuant to the stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The above-captioned action shall be remanded to Superior Court for the County of Los Angeles forthwith.

2. The Parties are to bear their own fees and costs with respect to these federal proceedings.

3. All scheduled dates and deadlines are VACATED.

DATED:  December 13, 2021

                                          DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE